The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>$216,485.00 IN UNITED STATES CURRENCY, more or less, and all proceeds therefrom, et al.<br><br>Defendants. | NO. C14-5041BHS<br><br>ORDER GRANTING STIPULATED MOTION TO STAY CIVIL CASE PENDING DISPOSITION OF RELATED CRIMINAL MATTER |

THIS MATTER having come before the Court on the stipulated motion of the United States and counsel for claimant Matthew Ira Elliott Roberts, and Claimant Kelly Uchimura, *pro se*, for an order staying this civil forfeiture proceeding pending the resolution of a related and ongoing criminal prosecution, and the Court being fully advised in the matter, it is hereby

//
//
//

ORDER GRANTING STAY OF CIVIL PROCEEDINGS
United States v. $216,485.00 in U.S. Currency, *et al* (C14-5041BHS) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     ORDERED that the stipulated motion of the parties to stay this civil forfeiture
2 proceeding pending resolution of a related and ongoing criminal prosecution, is
3 GRANTED and this matter shall be STAYED pending further order of the Court.
4     IT IS FURTHER ORDERED that the parties are directed to provide a status
5 update no later than ___12/1/14___, 2014.
6     Dated this ___8/11/14___ day of _____ 2014.

                                               /s/ _____
                                   THE HON. BENJAMIN H. SETTLE
                                   UNITED STATES DISTRICT JUDGE

Presented by:

_s/ Richard E. Cohen_
Richard E. Cohen
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-2242
Fax: (206) 553-6934
E-mail: Richard.E.Cohen@usdoj.gov

ORDER GRANTING STAY OF CIVIL PROCEEDINGS
United States v. $216,485.00 in U.S. Currency, et al (C14-5041BHS) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970